


FILED
2/3/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

GMM

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: |
| v. | Violation: Title 26, United States Code, Section 7206(2) |
| SHARHABEEL SHREITEH | |

1:25-cr-00071
Judge John J. Tharp, Jr
Magistrate Judge Young B. Kim
RANDOM / Cat. 3

COUNT ONE

The SPECIAL NOVEMBER 2023 GRAND JURY charges:

1. At times material to this indictment:

    a. The Internal Revenue Service was part of the United States Department of the Treasury and was responsible for, among other things, administering the tax laws of the United States, collecting income taxes, and issuing income tax refunds to eligible taxpayers.

    b. The IRS allowed taxpayers who were entitled to a refund of federal individual income taxes to claim that refund by signing and filing in person, by mailing, or by electronically filing a U.S. Individual Income Tax Form 1040 (hereafter "Form 1040").

    c. The information which the Form 1040 required the taxpayer to provide included, but was not limited to, the taxpayer's name and address, social security number, filing status, number of dependents, total income for the tax year, the amount of federal income tax withheld during the tax year, and the amount of tax due or refund claimed. Depending on the circumstances and submissions of the

particular taxpayer, various other schedules and forms, including a Schedule A, also were required to be attached to the Form 1040.

   d.  A Schedule A is an official Internal Revenue Service schedule that is used by taxpayers to report their itemized deductions like mortgage interest and medical deductions and calculate the itemized deductions for which a taxpayer is eligible. The schedule accompanies Form 1040 – *U.S. Individual Income Tax Return*, and the amount reported on the Schedule A flows through to the first page of the Form 1040. The itemized deduction amount claimed on Schedule A reduces a taxpayer's tax due and owing.

   e.  A taxpayer's total income also included any gain or loss from a business. Taxpayers were required to report any such gain or loss from a business on their Form 1040 and to attach a Schedule C that listed, among other things, the business's gross receipts and expenses.

   f.  The IRS considered information contained in Forms 1040, and accompanying schedules and forms, including but not limited to Schedule A and Schedule C, in determining a taxpayer's tax due and in issuing a tax refund. After receiving this information, the IRS issued a refund to the taxpayer if there were no outstanding tax liabilities or other federally authorized deductions on record with the IRS.

   g.  An individual taxpayer could request that a qualified and registered tax preparation officer prepare applicable forms and schedules on the

taxpayer's behalf, and this tax preparer could submit the forms and schedules necessary to complete the taxpayer's United States Individual Income Tax Return.

   h. Defendant SHARHABEEL SHREITEH owned and operated tax return preparation businesses under the name "Gold Star Financial" and "Financial Savvy Inc." from a commercial office in Palos Hills, Illinois. SHREITEH's business included preparing federal individual income tax returns on behalf of individual taxpayers.

   i. While preparing tax returns through his business, defendant SHREITEH presented himself to clients as a person trained in and knowledgeable about the preparation and filing of federal income tax returns.

  2. On or about the dates set forth below, in the Northern District of Illinois, Eastern Division, and elsewhere,

SHARHABEEL SHREITEH,

defendant herein, as set forth below, willfully aided and assisted in, and procured, counseled, and advised, the preparation and presentation to the IRS of individual returns and claims on behalf of the Taxpayers listed below, namely, U.S. Individual Income Tax Returns, Form 1040, for tax years listed below. The returns were false and fraudulent as to material matters listed below, including in that defendant SHREITEH caused the false representations regarding the Taxpayers' medical and dental expenses, tax payments, charitable deductions, and business losses in Schedule A and Schedule C forms, as listed below, when, as defendant SHREITEH

3

knew at the time, these statements were false. Each false and fraudulent return listed below constitutes a separate count.

| COUNT | TAX-PAYER | RETURN | FILING DATE | FALSE INFORMATION |
|---|---|---|---|---|
| One | JA | 2018 | 4/4/2019 | False Schedule C Losses of $3,388 |
| Two | JA | 2019 | 7/11/2020 | False Schedule A Expenses of $35,465 |
| Three | JA | 2020 | 3/21/2021 | False Schedule A Expenses of $23,784 |
| Four | JA | 2021 | 4/4/2022 | False Schedule A Expenses of $39,517 False Schedule C Losses of $27,740 |
| Five | JF | 2018 | 2/2/2019 | False Schedule A Expenses of $12,684 False Schedule C Losses of $4,574 |
| Six | JF | 2019 | 2/10/2020 | False Schedule A Expenses of $18,443 False Schedule C Losses of $4,118 |
| Seven | JF | 2020 | 2/11/2021 | False Schedule A Expenses of $23,312 |
| Eight | JF | 2021 | 2/15/2022 | False Schedule A Expenses of $33,186 |
| Nine | MC | 2019 | 1/29/2020 | False Schedule A Expenses of $8,158 |
| Ten | MC | 2020 | 2/20/2021 | False Schedule A Expenses of $17,205 |
| Eleven | MC | 2022 | 1/21/2023 | False Schedule A Expenses of $6,170 |
| Twelve | PG | 2019 | 2/20/2020 | False Schedule A Expenses of $12,466 |
| Thirteen | PG | 2020 | 4/15/2021 | False Schedule A Expenses of $39,836 |
| Fourteen | PG | 2021 | 3/4/2022 | False Schedule A Expenses of $15,445 |
| Fifteen | TR | 2019 | 2/15/2020 | False Schedule A Expenses of $9,137 |
| Sixteen | TR | 2020 | 3/11/2021 | False Schedule A Expenses of $22,126 |
| Seventeen | TR | 2021 | 4/1/2022 | False Schedule A Expenses of $48,682 |
| Eighteen | AA | 2020 | 3/27/2021 | False Schedule A Expenses of $17,616 |
| Nineteen | WB | 2020 | 4/22/2022 | False Schedule A Expenses of $37,244 |
| Twenty | NO | 2020 | 4/14/2022 | False Schedule A Expenses of $17,097 |
| Twenty-One | NO | 2021 | 4/14/2022 | False Schedule A Expenses of $23,401 |
| Twenty-Two | CS | 2020 | 4/4/2021 | False Schedule A Expenses of $21,824 |
| Twenty-Three | CS | 2021 | 3/4/2022 | False Schedule A Expenses of $33,572 |
| Twenty-Four | MW | 2021 | 2/11/2022 | False Schedule A Expenses of $60,220 |

| COUNT | TAX-PAYER | RETURN | FILING DATE | FALSE INFORMATION |
|---|---|---|---|---|
| Twenty-Five | JS | 2020 | | False Schedule A Expenses of $60,876 |

In violation of Title 26, United States Code, Section 7206(2).

A TRUE BILL:

_____
FOREPERSON

_____
ACTING UNITED STATES ATTORNEY

5